

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

| | | |
|---|---|---|
| ROBERTINA RANSOM, | § | No. 08-22-00063-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 3 |
| UNIVERSITY OF TEXAS AT EL PASO, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2020DCV1513) |
| | § | |

## **O R D E R**

On May 9, 2022, this Court issued an order for mediation referral. The order required the parties to make any objection to referral within ten days of the order. On May 12, 2022, Appellee timely filed an objection. The Court finds Appellee's objection persuasive.

Therefore, the Court ORDERS this appeal to continue, the appellate timetable suspension is lifted, and the Record shall now be filed in this Court on or before June 28, 2022.

IT IS SO ORDERED this 12th day of May, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.